Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS







IN RE: ODYSSEY HEALTHCARE, INC.
and GEORGE PORTILLO,


 Relators.
§


 


§


 


§


 


§


 


§


 


 § 



No. 08-09-00174-CV



AN ORIGINAL PROCEEDING

 IN MANDAMUS





MEMORANDUM OPINION 


ON PETITION FOR WRIT OF MANDAMUS


 Relators, Odyssey Healthcare, Inc. and George Portillo, ask this Court to issue a writ of
mandamus against the Honorable Carlos Villa, Judge of the County Court at Law No. 5 of El Paso
County. Mandamus will lie only to correct a clear abuse of discretion. Walker v. Packer, 827
S.W.2d 833, 840 (Tex. 1992)(orig. proceeding). Moreover, there must be no other adequate remedy
at law. Id. Based on the record before us, we are unable to conclude that Relators are entitled to
mandamus relief. Accordingly, we deny mandamus relief. See Tex.R.App.P. 52.8(a). Further, we
lift the stay entered by previous written order of this Court.


August 12, 2009 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Rivera, JJ.